COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

James R. Townley
Calcasieu Corr Cen 710-10
P. O. Box 2017
Lake Charles LA 70601

**REHEARING ACTION: September 17, 2014**

**Docket Number: 14   00684-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JAMES R. TOWNLEY**

**Writ Application from Calcasieu Parish Case No. 11713-14**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **James R. Townley** has this day been

    **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent